

Federal Communications Commission
Washington, D.C. 20554

May 12, 2026

**<u>BY ELECTRONIC FILING</u>**

Kelly L. Stephens, Clerk of Court
United States Court of Appeals
for the Sixth Circuit
540 Potter Stewart US Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

     RE: *Ohio Telecom Association v. FCC & USA*, No. 26-3375

Dear Ms. Stephens:

     In accordance to Panel Rule 25.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission ("Commission") hereby notifies the Court that on May 12, 2026, the Commission electronically filed a Notice of Multicircuit Petitions for Review (copy attached) with the Judicial Panel on Multidistrict Litigation.

     Respectfully submitted,

     <u>/s/ Sarah E. Citrin</u>

     Sarah E. Citrin
     *Deputy Associate General Counsel*

cc: Counsel of Record