# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: FEDERAL COMMUNICATIONS
COMMISSION, "REDUCING BARRIERS TO
NETWORK IMPROVEMENTS AND SERVICE
CHANGES; ACCELERATING NETWORK
MODERNIZATION," REPORT AND ORDER, FCC 26-19,
PUBLISHED IN 91 FED. REG. 20,913 ON APRIL 20, 2026**                    **MCP No.  204**

(SEE ATTACHED SCHEDULE)

## CONSOLIDATION ORDER

The Federal Communications Commission issued a Report and Order that was published in the Federal Register on April 20, 2026. On May 12, 2026, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order.  The notice included petitions for review pending in two courts of appeal as follows: Fifth Circuit and Sixth Circuit.

The Panel has randomly selected the United States Court of Appeals for the Sixth Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Sixth Circuit, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Jessica Walton*

Jessica Walton, Case Administrator
Random Selector

*Carlo D. Abcede*

Carlo Abcede, Case Administrator
Witness

**IN RE:  FEDERAL COMMUNICATIONS COMMISSION, "REDUCING BARRIERS TO NETWORK IMPROVEMENTS AND SERVICE CHANGES; ACCELERATING NETWORK MODERNIZATION," REPORT AND ORDER, FCC 26-19, PUBLISHED IN 91 FED. REG. 20,913 ON APRIL 20, 2026**                    **MCP No. 204**

## SCHEDULE OF PETITIONS

**CIRCUIT NO.**                                         **CASE CAPTION**

Fifth Circuit, No. 26-60304                    Texas Association of Business v. FCC, et al.

Sixth Circuit, No. 26-3375                     Ohio Telecom Association v. FCC, et al.